IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEAN PAUL LAUREN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, CRUZADO, JOHN PAXTON, and BRENDA YORK,<br><br>　　　　　　Defendants. | CV 17-62-BU-BMM-JCL<br><br><br>ORDER |

　　　Pro se Plaintiff Jean Paul Lauren has filed a Motion for Reconsideration & Continuance (doc. 74), which the Court construes a motion for an extension of time within which to file objections to the Findings & Recommendations entered on July 30, 2018. (Doc. 73). Accordingly,

　　　IT IS ORDERED that Plaintiff's motion for an extension of time is GRANTED. Plaintiff shall have up to and including October 1, 2018, within which to file objections to the Court's Findings & Recommendations. (Doc. 73).

　　　DATED this 31st day of August, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jeremiah C. Lynch
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1