# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JEAN PAUL LAUREN,<br><br>　　　　Plaintiff,<br>v.<br><br>MONTANA STATE UNIVERSITY, WADED CRUZADO, JOHN PAXTON, and BRENDA YORK,<br><br>　　　　Defendants. | CV-17-62-BU-BMM-JCL<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

　　　　United States Magistrate Judge Lynch entered Findings and Recommendations on July 30, 2018. (Doc. 73). Judge Lynch determined that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 64) and Montana State University's Motion for Partial Summary Judgement (Doc. 37) should be granted.

　　　　No party filed objections to Judge Lynch's Findings and Recommendations. The Court has reviewed the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Lynch's Findings and Recommendations and adopts them in full.

1

## ORDER

Accordingly, **IT IS ORDERED** that Magistrate Judge Lynch's Findings and Recommendations (Doc. 73) are **ADOPTED IN FULL**.

**IT IS ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 64) and Montana State University's Motion for Partial Summary Judgement (Doc. 37) is **GRANTED**

**IT IS ORDERED** that Plaintiff's constructive Cross-Motion for Partial Summary Judgement is **DENIED**, and this case is **DISMISSED**.

DATED this 6th day of December, 2018.

_____
Brian Morris
United States District Court Judge