IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEAN PAUL LAUREN, <br><br> Plaintiff, <br><br> vs. <br><br> MONTANA STATE UNIVERSITY, WADED CRUZADO, JOHN PAXTON, and BRENDA YORK, <br><br> Defendants. | CV 17-62-BU-BMM-JCL <br><br> JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

Dated this 6th day of December, 2018.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk